CO-386-online
10/03

# United States District Court
# For the District of Columbia

UNITED STATES OF AMERICA f/u/b/o  )
POWERMAX, INC. and POWERMAX, INC., )
                                   )
                                   )
            Plaintiff              )   Civil Action No._____
     vs                            )
                                   )
COAKLEY & WILLIAMS CONSTRUCTION, INC. )
a/k/a COAKLEY WILLIAMS CONSTRUCTION, INC. )
and THE CONTINENTAL INSURANCE COMPANY, )
                                   )
            Defendant              )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  PowerMax, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  PowerMax, Inc.  which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

457703
BAR IDENTIFICATION NO.

Lawrence M. Prosen
Print Name

Bell, Boyd & Lloyd LLP, 1615 L Street, N.W., Suite 1200
Address

Washington, D.C. 20036
City          State          Zip Code

202-955-6830
Phone Number

109982