UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| POWERMAX INC. )<br>f/u/b/o )<br>UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COAKLEY & WILLIAMS )<br>CONSTRUCTION, INC., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-1737 (RCL) |

### **ORDER**

There is nothing on the docket of the Clerk of Court reflecting service on defendants Coakley & Williams Construction, Inc., *et al*. Accordingly, it is hereby

ORDERED that plaintiffs shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 9, 2008.