AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA f/u/b/o
POWERMAX, INC. and POWERMAX, INC.
8510 Cedar Street, Silver Spring, MD 20910

**SUMMONS IN A CIVIL CASE**

V.

COAKLEY & WILLIAMS CONSTRUCTION, INC.
a/k/a COAKLEY WILLIAMS CONSTRUCTION, INC.
  and
THE CONTINENTAL INSURANCE COMPANY

CASE

Case: 1:07-cv-01737
Assigned To : Lamberth, Royce C.
Assign. Date : 9/27/2007
Description: Contract

TO: (Name and address of Defendant)

COAKLEY & WILLIAMS CONSTRUCTION, INC.
a/k/a COAKLEY WILLIAMS CONSTRUCTION, INC.
16 S. Summit Avenue, Suite 300, Gaithersburg, MD 20877

Serve Resident Agent: HIQ Corporate Services, Inc.,
1023 15th Street, N.W., Suite 401 Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian Cohen, Esq. & Lawrence M. Prosen, Esq.
BELL, BOYD & LLOYD LLP
1615 L Street, N.W., Suite 1200
Washington, D.C. 20036
202-466-6300

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                SEP 2 7 2007
CLERK                                  DATE

_____
(By) DEPUTY CLERK

109984v2

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1/10/08 @ 11:20 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lorenzo Kenerson | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Eric Thompson, Authorized Representative of HIQ Corporate Services, Inc, Registered Agent of Coakley & Williams at Federal Research, 1023 15th Street NW #401, Washington, DC 20005

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $95.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/10/08
              Date                    *Signature of Server*

Washington Pre-Trial Services, Inc.
4626 Wisconsin Avenue NW #300
Washington, DC 20016

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

## WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

## WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.

CO-942A
Rev 3/95
Rev 7/99