IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>f/u/b/o Power Max, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al.<br><br>Defendants. | *<br><br>*<br><br>*<br><br>  CIVIL ACTION NO. 07-01737<br>*<br><br>*<br><br>* |

**CONSENT MOTION TO EXTEND TIME TO FILE ANSWER**

COMES NOW the Defendant, Coakley & Williams Construction, Inc., by and through undersigned counsel, and moves pursuant to Fed. R. Civ. P. 6(b)(1) for an extension of time within which to file its Answer to Plaintiff's Complaint, and for reasons states:

1.    Defendant was served with a Summons and Complaint on January 11, 2008, the answer to which is due on January 31, 2008.

2,    Defendant has retained counsel and but needs additional time within which to respond to the allegations raised in Plaintiff's Complaint.

3.    Plaintiff has consented to the extension of time requested herein.

WHEREFORE, the premises considered, Coakley & Williams Construction, Inc. prays that the time within which it has to file and Answer to the Complaint be extended for thirty days or until February 20, 2008.

RESPECTFULLY SUBMITTED,

BRAULT GRAHAM, PLLC

BY: _____/s/Joan F. Brault_____
      Joan F. Brault, Esquire, D.C. Bar # 464348
      Rockville, Maryland 20850
      (301) 424-1060

Attorneys for Defendant Coakley & Williams

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 31st day of January, 2008, I caused to be delivered by electronic mail a copy of the foregoing to:

Brian Cohen
Lawrence M. Prosen
Bell, Boyd & Lloyd, LLP
1650 L Street, N.W. Suite 1200
Washington, D.C. 20036

      _____/s/Joan F. Brault_____
      Joan F. Brault

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>f/u/b/o Power Max, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al.<br><br>Defendants. | *<br><br>*<br><br>*<br><br>CIVIL ACTION NO. 07-01737<br>*<br><br>*<br><br>* |

ORDER

UPON CONSIDERATION OF the Consent Motion to Extend Time within which to File Answer, and cause having been shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that the Consent Motion to Extend Time within which to File Answer, be and hereby is GRANTED, and it is further

ORDERED, that the Defendant, Coakley & Williams Construction, Inc. shall file its Answer to the Complaint on or before February 20, 2008.

_____
Judge R.C. Lamberth
United States District Court for the
District of Columbia

Copies to:

All counsel of record