IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>f/u/b/o Power Max, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al.<br><br>Defendants. | *<br><br>*<br><br>*<br><br>CIVIL ACTION NO. 07-01737<br>*<br><br>*<br><br>* |

**CONSENT MOTION TO EXTEND TIME TO FILE ANSWER**

COMES NOW the Defendant, The Continental Insurance Company, by and through undersigned counsel, and moves pursuant to Fed. R. Civ. P. 6 for an extension of time within which to file its Answer to Plaintiff's Complaint, and for reasons states:

1. Defendant was served with a Summons and Complaint on January 22, 2008, the answer to which was due on February 11, 2008.

2, Defendant has been actively engaged in settlement discussions with Plaintiff, which are expected to be fruitful.

3. Plaintiff has consented to the extension of time requested herein.

WHEREFORE, the premises considered, The Continental Insurance Co. prays that the time within which it has to file and Answer to the Complaint be extended until March 1, 2008.

RESPECTFULLY SUBMITTED,

BRAULT GRAHAM, PLLC

BY: _____/s/Joan F. Brault_____
       Joan F. Brault, Esquire, D.C. Bar # 464348
       Rockville, Maryland 20850
       (301) 424-1060

Attorneys for Defendant The Continental Ins. Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2008, I caused to be delivered by electronic mail a copy of the foregoing to:

Brian Cohen
Lawrence M. Prosen
Bell, Boyd & Lloyd, LLP
1650 L Street, N.W. Suite 1200
Washington, D.C. 20036

      _____/s/Joan F. Brault_____
      Joan F. Brault

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> f/u/b/o Power Max, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COAKLEY & WILLIAMS <br> CONSTRUCTION, INC., et al. <br><br> Defendants. | * <br> * <br> * <br> * CIVIL ACTION NO. 07-01737 <br> * <br> * <br> * <br> * |

ORDER

UPON CONSIDERATION OF The Continental Insurance Company's Consent Motion to Extend Time within which to File Answer, and good cause having been shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that The Continental Insurance Company's Consent Motion to Extend Time within which to File Answer, be and hereby is GRANTED, and it is further

ORDERED, that the Defendant, The Continental Insurance Co., shall file its Answer to the Complaint on or before March 1, 2008.

_____
Judge R.C. Lamberth
United States District Court for the
District of Columbia

Copies to:

All counsel of record