IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> f/u/b/o Power Max, Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> COAKLEY & WILLIAMS <br> CONSTRUCTION, INC., et al. <br><br> Defendants. | * <br> * <br> * <br> *     CIVIL ACTION NO. 07-01737 <br> * <br> * <br> * |

**SECOND CONSENT MOTION TO EXTEND
TIME TO FILE ANSWER**

COMES NOW the Defendants, Coakley & Williams Construction, Inc., and The Continental Insurance Company, by and through undersigned counsel, and moves pursuant to Fed. R. Civ. P. 6 for an extension of time within which to file its Answer to Plaintiff's Complaint, and for reasons states:

1. The parties have reached a settlement of this case, and are in the process of exchanging settlement funds and preparing a Release Agreement.

2. Defendants request an additional two week extension of time within which to file their Answer to Complaint. It is expected that the settlement will be finalized within that time and this case will be dismissed.

3. Plaintiff has consented to the extension of time requested herein.

WHEREFORE, the premises considered, Coakley & Williams Construction, Inc., and The Continental Insurance Company, prays that the time within which it has to file an Answer to the Complaint be extended until March 14, 2008.

2

        RESPECTFULLY SUBMITTED,

        BRAULT GRAHAM, PLLC

BY: _____/s/Joan F. Brault_____
        Joan F. Brault, Esquire, D.C. Bar # 464348
        Rockville, Maryland 20850
        (301) 424-1060

Attorneys for Defendant Coakley & Williams

**CERTIFICATE OF SERVICE**

        I HEREBY CERTIFY that on this 21st day of February, 2008, I caused to be delivered by electronic mail a copy of the foregoing to:

Brian Cohen
Lawrence M. Prosen
Bell, Boyd & Lloyd, LLP
1650 L Street, N.W. Suite 1200
Washington, D.C. 20036

        _____/s/Joan F. Brault_____
        Joan F. Brault

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>f/u/b/o Power Max, Inc., et al., | *<br>* |
| Plaintiffs, | * |
| v. | CIVIL ACTION NO. 07-01737 |
| | * |
| COAKLEY & WILLIAMS<br>CONSTRUCTION, INC., et al. | * |
| Defendants. | * |

## ORDER

UPON CONSIDERATION OF the Defendants' Second Consent Motion to Extend Time within which to File Answer, and cause having been shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

ORDERED, that the Consent Motion to Extend Time within which to File Answer, be and hereby is GRANTED, and it is further

ORDERED, that the Defendant, Coakley & Williams Construction, Inc. shall file its Answer to the Complaint on or before March 14, 2008.

_____
Judge R.C. Lamberth
United States District Court for the
District of Columbia

Copies to:

All counsel of record