IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CIVIL DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b/o PowerMax, Inc., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>COAKLEY & WILLIAMS )<br>CONSTRUCTION, INC. et al. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 07-01737 |

## NOTICE OF DISMISSAL

Pursuant to F.R.Civ.P. 41 (a)(1)(i), Use-Plaintiff The United States of America f/u/b/o PowerMax, Inc. and Plaintiff PowerMax, Inc. hereby dismiss the above-captioned action with prejudice. Defendants have not filed an answer, motion for summary judgment or other responsive pleading.

USE-PLAINTIFF THE UNITED STATES
OF AMERICA F/U/B/O POWERMAX,
INC. AND PLAINTIFF POWERMAX,
INC.

By Counsel

By:  /S/ Lawrence M. Prosen
Brian Cohen (D.C. Bar 448137)
Lawrence M. Prosen (D.C. Bar 457703)
BELL BOYD & LLOYD LLP
1615 L Street, N.W., Suite 1200
Washington, D.C.   20036
(202) 955-6828
Facsimile: (202) 463-0678
Counsel for Plaintiffs

116572/F/1

**CERTIFICATE OF FILING**

I hereby certify that on the 6th day of March 2008, a copy of the foregoing "NOTICE OF DISMISSAL" was filed electronically.  I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's systems.

      /s/ Lawrence M. Prosen
Lawrence M. Prosen